# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

JACK WILLIAMS and CYNTHIA SUSAN WILLIAMS,

Debtor.

Chapter 13 Case

No. 4:19-bk-00735-SHG

**ORDER**

Debtors Jack Williams and Cynthia Susan Williams and Creditors Catherine A. Green, Nathan G. Cook and The Glenn Cook Revocable Trust (collectively, the "Parties") having filed the Stipulation to Schedule Settlement Conference (the "Stipulation") and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved and

IT IS FURTHER ORDERED that this matter is assigned pursuant to Alternative Dispute Resolution for a settlement conference.

**DATED AND SIGNED ABOVE**